112 So.2d 517

**Ted Leon HOLMES**

v.

**STATE.**

**7 Div. 454.**

Supreme Court of Alabama.

May 28, 1959.

MacDonald Gallion, Atty. Gen., and Jas. W. Webb, Asst. Atty. Gen., for petitioner.

Stringer & Montgomery, Talladega, opposed.

GOODWYN, Justice.

Petition of the State for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Holmes v. State, 112 So.2d 511.

Writ denied.

LIVINGSTON, C. J., and SIMPSON and COLEMAN, JJ., concur.

115 So.2d 284

**Odessa LIPKIN**

v.

**STATE.**

**5 Div. 724.**

Supreme Court of Alabama.

Oct. 29, 1959.

Russell & Russell, Tuskegee, for petitioner.

MacDonald Gallion, Atty. Gen., opposed.

MERRILL, Justice.

Petition of Odessa Lipkin for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Lipkin v. State, 115 So.2d 283.

Writ denied.

LIVINGSTON, C. J., and SIMPSON and GOODWYN, JJ., concur.

112 So.2d 800

**Percy Lee MADDEN**

v.

**STATE.**

**8 Div. 988.**

Supreme Court of Alabama.

May 28, 1959.

MacDonald Gallion, Atty. Gen., and Jas. Webb, Asst. Atty. Gen., for petitioner.

Howell T. Heflin, Tuscumbia, opposed.

SIMPSON, Justice.

Petition of the State for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Madden v. State, 112 So.2d 796.

Writ denied.

LIVINGSTON, C. J., and GOODWYN and COLEMAN, JJ., concur.